UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILZAYLAN BRITO SOLIS,

    Plaintiff,

v.                                                            Case No: 5:23-cv-208-JSM-PRL

AMERICAN EXPRESS NATIONAL
BANK, CAPITAL ONE, N.A.,
CITIBANK, N.A., LVNV FUNDING
LLC, MIDLAND CREDIT
MANAGEMENT INC., RESURGENT
CAPITAL SERVICES, L.P.,
SYNCHRONY BANK, TD BANK USA,
N.A., EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, CREDIT
CONTROL LLC, RADIUS GLOBAL
SOLUTIONS LLC, SOURCE
RECEIVABLES MANAGEMENT, LLC
and DISCOVER BANK,

    Defendants.

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 159).  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the

opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 159) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant Experian Information Solutions, Inc.'s Motion to Compel Arbitration (Dkt. 106) is granted.

3. Plaintiff and Defendant Experian Information Solutions, Inc. shall proceed to arbitration pursuant to the Arbitration Agreement.

4. Plaintiff's claims against Defendant Experian Information Solutions, Inc. are STAYED pending arbitration. The parties may file a motion to lift the stay, if necessary, once the arbitration proceedings have concluded.

5. Plaintiff's claims against the remaining Defendants remain pending.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of July, 2023.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record