UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILZAYLAN BRITO SOLIS,

    Plaintiff,

v.                                                            Case No: 5:23-cv-208-JSM-PRL

AMERICAN EXPRESS NATIONAL
BANK, CAPITAL ONE, N.A.,
CITIBANK, N.A., LVNV FUNDING
LLC, MIDLAND CREDIT
MANAGEMENT INC., RESURGENT
CAPITAL SERVICES, L.P.,
SYNCHRONY BANK, TD BANK USA,
N.A., EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, CREDIT
CONTROL LLC, RADIUS GLOBAL
SOLUTIONS LLC, SOURCE
RECEIVABLES MANAGEMENT, LLC
and DISCOVER BANK,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 174) and Defendant Radius Global Solutions, LLC's Objections to Report and Recommendation (Dkt. 179).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the

opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 174) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants Citibank, N.A., Radius Global Solutions, LLC, and Midland Credit Management Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (Dkts. 135, 136, and 141) are denied. These Defendants shall file their Answers to Plaintiff's Second Amended Complaint within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of September, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record